IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLALOCK HOUSEHOLD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | C.A. NO. |
| vs | § | |
| | § | JURY TRIAL DEMANDED |
| MERCY WATER SUPPLY | § | |
| CORPORATION | § | |
| | § | |
| Defendant. | § | |

**EXHIBIT A**
**INDEX OF MATTERS BEING FILED**

Pursuant to Local Rule 81, the following are attached in connection with this Notice of

Removal:

1.    A list of counsel of record, including addresses, telephone numbers, and parties
      represented.

2.    State Court Docket Sheet

3.    State Court Pleadings and Court Notices:

   -   Plaintiffs' Original Petition
   -   Citation to Mercy Water Supply Corporation
   -   Defendant Mercy Water Supply Corporation's Original Answer and Request
       for Disclosures
   -   The Blalock Household's Response to "Defendant Mercy Water Supply
       Corporation's Original Answer and Request for Disclosures" and Request for
       Disclosure
   -   Order on Defendant Mercy Water Supply Corporation's Rule 91a Motion
       (dismissing Plaintiffs' claims for "Perjury (Aggravated)," Libel, Slander and
       "Breaking of Texas Water Codes");
   -   Blalock Household's First Amended Original Petition;
   -   Order for Mediation
   -   Defendant Mercy Water Supply Corporation' First Amended Answer

## LIST OF COUNSEL

**Plaintiffs (Pro Se):**
John Blalock
1611 Bowen Loop
Cleveland TX 77328
(281) 676-7202
allieblalock97@gmail.com

John Blalock
1611 Bowen Loop
Cleveland TX 77328
(832) 480-1174
Get_bold@yahoo.com

Ms. Samantha Fleming
1611 Bowen Loop
Cleveland TX 77328

Ms. Kimberly Sanders
1611 Bowen Loop
Cleveland TX 77328

**Attorneys for Defendant:**
Phillip W. Bechter [TBN # 00787053]
pbechter@vorys.com
Kathryn Hand [TBN #24106049]
khand@vorys.com
909 Fannin, Suite 2700
Houston, Texas 77010
(713) 588-7000 Telephone
(713) 588-7050 Facsimile

## Case Information

### BLALOCK HOUSEHOLD VS. MERCY WATER SUPPLY CORPORATION

CV16,563

| Location | Case Category | Case Type | Case Filed Date | Judge |
|---|---|---|---|---|
| San Jacinto County - 258th District Court | Civil - Other Civil | Other Civil | 11/2/2020 | Kitchens, Travis |

## Parties [6]

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | John Blalock | Pro Se |
| Plaintiff | John Blalock II | Pro Se |
| Plaintiff | Samantha Fleming | Pro Se |
| Plaintiff | Kimberly Sanders | Pro Se |
| Defendant | Mercy Water Supply Corporation | PHILLIP W. BECHTER |

## Events [21]

| Date | Event | Type | Filing Description | Documents |
|---|---|---|---|---|
| 11/2/2020 | Filing | Statement of Inability to Afford Costs | Statement of Inability to Afford Costs for John Blalock II | John_Blalock_II.pdf |
| 11/2/2020 | Filing | Statement of Inability to Afford Costs | Statement of Inability to Afford Costs for Samantha Fleming | Samantha_Fleming.pdf |
| 11/2/2020 | Filing | Statement of Inability to Afford Costs | Statement of Inability to Afford Costs for John Blalock | John_Blalock.pdf |
| 11/2/2020 | Filing | Statement of Inability to Afford Costs | Statement of Inability to Afford Costs for Kimberly Sanders | Kim_Sanders.pdf |
| 11/2/2020 | Filing | Petition | Original Petition | Complaint_Against_Mercy.pdf |
| 12/28/2020 | Filing | Answer/Response | Mercy Water's Original Answer and RFD | Defendant's Original Answer.pdf |
| 12/28/2020 | Filing | Answer/Response | Response to Defendant's Original Answer | Response_to_Original_Answer.pdf |
| 1/22/2021 | Filing | Proposed Order | Proposed Order on Rule 91a Motion to Dismiss | Proposed Order on Rule 91a MTD.pdf |
| 1/22/2021 | Filing | Motion (No Fee) | Defendant's Rule 91a Motion to Dismiss | Mercy WSC's Rule 91a Motion to Dismiss.pdf |
| 1/22/2021 | Filing | Answer/Response | Response to Defendant's Motion to Dismiss | Document 35.pdf |
| 1/25/2021 | Filing | Notice | Notice of Hearing on Mercy Water's M/Dismiss | Mercy WSC's Notice of Remote Hearing(38197559.1).pdf |
| 2/26/2021 | Filing | No Fee Documents | Mercy WSC's Reply in Support of its Rule91a Motion to Dismiss | Mercy WSC's Reply on Rule 91a Motion to Dismiss.pdf |
| 3/3/2021 | Filing | Amended Filing | Amended Original Petition | Amended_Original_Petition.pdf |
| 3/3/2021 | Filing | Request | Request for Copy of Order Signed 3-1-21 | Letter to Court re Order.pdf |
| 3/4/2021 | Filing | Notice of Appeal | Notice of Appeal | Appeal_Of_Order.pdf |
| 3/4/2021 | Filing | Statement of Inability to Afford Costs | | John_Blalock_II.pdf |
| 3/4/2021 | Filing | Statement of Inability to Afford Costs | | Samantha_Fleming.pdf |

| Date | Event | Type | Filing Description | Documents |
|------|-------|------|-------------------|-----------|
| 3/4/2021 | Filing | Statement of Inability to Afford Costs | | Kim_Sanders.pdf |
| 3/4/2021 | Filing | Statement of Inability to Afford Costs | Same Statement that was filed with the Original Petition. | John_Blalock.pdf |
| 3/10/2021 | Filing | Request | Request for Accommodation | Samantha_Request.pdf |
| 3/17/2021 | Filing | Answer/Response | Mercy WSC's First Amended Answer | Mercy WSC's First Amended Answer.pdf |

© 2021 Tyler Technologies, Inc. | All Rights Reserved
Version: 2021.2.0.3148



# CAUSE
## NUMBER: CV16,563

| | |
|---|---|
| **BLALOCK HOUSEHOLD** | **IN THE** 258TH |
| **PLAINTIFF,** | **DISTRICT COURT OF** |
| **v.** | **TEXAS IN SAN** |
| **MERCY WATER SUPPLY CORPORATION** | **JACINTO COUNTY** |
| **DEFENDANT,** | |

## ORIGNIAL PETITION

## DISCRIPTION OF PARTIES

**Plaintiff**

1. Blalock Household
   a. Names: John Blalock, John Blalock II, Samantha Fleming, Kimberly Sanders
   b. Address: 1611 Bowen Loop, Cleveland, Texas 77328
   c. Numbers:
      i. Home: (832) 480-5371
      ii. Cell (John Blalock): (832) 480-5371
      iii. Cell (John Blalock II): (281) 676-7202
   d. Email:
      i. John Blalock: get_bold@yahoo.com
      ii. John Blalock II: allieblalock97@gmail.com

**DEFENDANT**

2. Mercy Water Supply Corporation
   a. Name: Mercy Water Supply Corporation
   b. Address: 51 Perry Lane, Cleveland, Texas 77328
   c. Number: (281) 593-1177

## SUBJECT MATTER JURISDICTION

1. Breach of Contract
2. Libel/Slander
3. Perjury (Aggravated)
4. Breaking of Texas Water Codes, resulting in loss of use of water service

## PERSONAL JURISDICTION

1. Both parties live/operate in the state of Texas.
2. Both parties are located within the jurisdictional lines for the 258th district court.
3. The expected settlement is more than what lower courts can decide upon.

## VENUE

For the items listed in SUBJECT MATTER JURISDICTION and PERSONAL JURISDICTION, the venue for this case should be the 258th district court.

## FACTUAL ALLEGATIONS

1. Breach of Contract:
   a. Written:
      i. John Blalock inherited a contract that Reba Ivey, his deceased mother, had with Mercy Water Supply Corporation. The contract did not have a death clause within the document, meaning it did not end at the time of her death. Mercy Water Supply Corporation broke this contract by shutting off the service to the meter the contract was for, outside what is allowed by the Texas Water Codes. The contract was also broken by Mercy Water Supply Corporation not following Texas Water Codes and their own policies, by not allowing John Blalock to complete a Transfer of Membership.
   b. Verbal:
      i. After his mother's passing, John Blalock went to the office of Mercy Water Supply Corporation to inform them of his mother's passing and to complete the Transfer of Membership. It was at this time that a verbal agreement was created between John Blalock and Mercy Water Supply Corporation to keep the service on under Reba Ivey's name, and John Blalock would pay the bills.
2. Libel/Slander:
   a. During an Informal Complaint and a Formal Complaint with the Public Utility Commission of Texas, representatives of Mercy Water Supply Corporation has made verbal and written comments that could have damaged John Blalock's reputation, or resulted in criminal charges.

3. Perjury (Aggravated)
    a. Each of the comments submitted by Mercy Water Supply Corporation
       to the Public Utility Commission of Texas during the proceedings of
       the Formal Complaint are parts of a legal proceeding and are to John
       Blalock's understanding to be under oath. And, Texas state law
       defines aggravated perjury as when one commits perjury but the
       statements are (1) made during or in connection with an official
       proceeding and (2) are material. The statements are false, were made
       during or in connection with an official proceeding, and are/were
       material to the official proceeding.
4. Breaking of Texas Water Codes, Resulting in Loss of Water Service
    a. Mercy Water Supply Corporation illegally transferred the
       membership/service account to a third party. After which, Mercy
       Water Supply Corporation locked John Blalock out of use of water
       service without a 10-day notice required by the Public Utility
       Commission of Texas and against TWC 13.250 (b).

## Legal Claims

1. Breach of Contract:
    a. Verbal (count 1):
        i.  According to the state laws of Texas and the UCC, John
            Blalock is entitled to the value of the contract. For the Verbal,
            the value would be the average price of the bills for each
            month, and the time the contract would have lasted. The time
            for the contract will have to be decided upon by the court, but
            include the time that the verbal contract was in effect before
            breach of contract by Mercy Water Supply Corporation.
    b. Written (count 2):
        i.  Same as with the verbal contract, John Blalock is entitled to the
            value of the contract. This would be the membership fee Reba
            Ivey paid, added to the average price of each bill multiplied by
            the time before the breach of contract, including the price Reba
            Ivey paid to have the meter installed.
2. Libel:
    a. John Blalock will have to submit a different document listing each
       instance of Libel since there are too many to include in this document,
       since each would constitute a different count of libel.

3. Slander:
   a. The instances of Slander will be included on the same document as the instance of Libel.
4. Perjury (Aggravated):
   a. The instance of Aggravated perjury will be included in the same document since the alleged aggravated perjury are going to be the comments that constitute Libel and Slander.
5. Breaking of Texas Water Codes, resulting in loss of water service
   a. Each Day the Blalock Household was without water is a different count.
      i. The Amount of Days without Water Service: 57 days.

## Request for Damages and Relief

The Blalock Household respectfully request that Mercy Water Supply Corporation be order to pay for the following:

1. The values of both the Verbal Contract and the Written Contract, as to be decided by the court.
2. The cost of the medical bills for members of the Blalock Household that have been received from hospital visits due to illnesses cause by the actions of Mercy Water Supply Corporation.
3. A complete medical examination for each member of the Blalock Household to make sure there are no short-term or long-term effects caused by Mercy Water Supply Corporations actions.
4. For any treatment needed for any illnesses or diseases cause by the actions of Mercy Water Supply Corporation.
5. Cost of an exterminator for the infestation of pests caused indirectly by the actions of Mercy Water Supply Corporation.
6. Cost of a contractor to redo the floors that have been stained by messes that could not be properly cleaned up, caused by the actions of Mercy Water Supply Corporation.
7. Cost of dishes that had to be thrown away because they could not be properly sanitized, after having such things as mold growing on them.
8. Each count of Libel, Slander, and Aggravated Perjury.
9. Each count for the inability to use the water service at twenty thousand USD ($20,000) per count.

The Blalock Household believes the value of these to be three-million (3,000,000) USD. And, pursuant to the state laws of Texas, the Blalock Household is entitled to punitive damages since the actions of Mercy Water Supply Corporation were both intentional and negligent. These punitive damages are to be the value of the settlement, and to be separate from the compensatory damages.

Electronically Signed by,

/s/ John Blalock

/s/ John Blalock II

| CLERK OF THE COURT | ATTORNEY FOR PLAINTIFF OR PLAINTIFF |
|---|---|

**CLERK OF THE COURT**

**TAMMY CURRIE**

**1 STATE HIGHWAY 150, ROOM 4**

**COLDSPRING, TEXAS 77331-0369**

**ATTORNEY FOR PLAINTIFF OR PLAINTIFF**

JOHN BLALOCK, PRO-SE

1611 BOWEN LOOP

CLEVELAND, TX 77328

Name

Address

# THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To   MERCY WATER SUPPLY CORPORATION AT 51 PERRY LANE, CLEVELAND, TX 77328

_____Defendant, Greeting

You are hereby commanded to appear by filing a written answer to the Plaintiff's ___ORIGINAL PETITION___ at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable ___----___ District Court _258TH_ Judicial District of San Jacinto County, Texas, at the Courthouse of said County in Coldspring, Texas.

Said Plaintiff's Petition was filed in said court on the _2ND_ day of _NOVEMBER_ A.D. 20_20_, in this case, numbered ___CV16,563___ on the docket of said court, and styled:

THE BLALOCK HOUSEHOLD

VS.         MERCY WATER SUPPLY CORPORATION

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's ___ORIGINAL PETITION___ accompanying this citation and made a part hereof.

## (TRUE AND CORRECT COPY ATTACHED)

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand seal of said Court at Coldspring, Texas, this the _3RD_ day of NOVEMBER_____ A.D. 20_20_.

TAMMY CURRIE, CLERK, DISTRICT COURT
SAN JACINTO COUNTY, TEXAS

BY: _Medga Bal_____, DEPUTY

Rule 106:"-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

## Service Return

Cause No. __CV16,563__                                    __THE BLALOCK HOUSEHOLD__

Court: __258TH__

VS

__MERCY WATER SUPPLY CORPORATION__

Addressee: _____

Address for Service _____

Came to hand on the _____ day of _____, 20___ , at _____m., and executed in

_____ County, Texas by delivering to each of the within named defendants in person, a

true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of

the_____ at the following times and places, to-wit:

**Name**                    **Date/Time**            **Place, Course and Distance from Courthouse**

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of defendant(s) being: _____

Service Fee: $ _____          ___ _____ , Officer

___ _____ County, Texas
By: _____
Affiant

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is_____ , my date of birth is_____ , and my address is
          (First, Middle, Last)

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of_____, on the _____day of_____ .

Declarant/Authorized Process Server

_____

CAUSE NO. CV 16,563

| | | |
|---|---|---|
| BLALOCK HOUSEHOLD | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SAN JACINTO COUNTY, TEXAS |
| | § | |
| MERCY WATER SUPPLY CORPORATION | § | |
| | § | |
| Defendant | § | 258TH JUDICIAL DISTRICT |

## DEFENDANT MERCY WATER SUPPLY CORPORATION'S
## ORIGINAL ANSWER AND REQUEST FOR DISCLOSURES

Defendant Mercy Water Supply Corporation ("Defendant") files its Original Answer to

Plaintiffs' Original Petition, and would show the Court as follows:

## I.
## GENERAL DENIAL

1.      In accordance with Rule 92 of the Texas Rules of Civil Procedure, Defendant enters

a general denial with respect to each and every allegation contained in Plaintiffs' Original Petition,

and any amendments thereto, and demands strict proof of same.

## II.
## AFFIRMATIVE/ADDITIONAL DEFENSES

2.      Plaintiffs' claim for "perjury (aggravated)" is not viable and should be dismissed

as Texas does not recognize a civil cause of action for perjury.

3.      Plaintiffs' claim for "Breaking of the Texas Water Codes, Resulting in Loss of

Water Service" is not viable and should be dismissed because the the Texas Water Code provisions

relied upon by Plaintiff, including section 13.250(b), do not create a civil cause of action.

4.      Plaintiffs' "Libel/Slander" claims are barred by judicial privilege.

5.      Plaintiffs' "Libel/Slander" claims are barred by qualified privilege.

6.      With respect to Plaintiffs' "Libel/Slander" claims, Defendant pleads the defense of

truth.

7.      Plaintiffs had no viable contract with Defendant, either written or oral.

8.      Alternatively, Plaintiffs' breach of contract claims are precluded by Plaintiffs' prior breaches.

## III.
## RULE 193.7 NOTICE

9.      Defendant hereby gives notice of the intent to utilize items produced in discovery against the party producing same.  The authenticity of such items is self-proven per Rule 193.7 of the Texas Rules of Civil Procedure.

## IV.
## REQUEST FOR DISCLOSURES

10.      Defendant hereby requests that Plaintiffs disclose the information and material described in Rule 194.2 and provide its responses to counsel for Defendant on or before the expiration of thirty (30) days from the date of service hereof.

WHEREFORE, PREMISES CONSIDERED, Defendant, Mercy Water Supply Corporation, respectfully prays that this Honorable Court dismiss Plaintiffs' suit on the merits with prejudice; enter judgment that Plaintiffs take nothing; grant Defendant its costs; and for such other and further relief, legal or equitable, special or general, to which it may show itself justly entitled.

Respectfully submitted,

**VORYS, SATER, SEYMOUR AND PEASE LLP**

_____/s/ Phillip W. Bechter_____
Phillip W.  Bechter [TBN # 00787053]
pbechter@vorys.com
Kathryn Hand [TBN #24106049]
khand@vorys.com
909 Fannin, Suite 2700
Houston, Texas 77010
(713) 588-7000 Telephone
(713) 588-7050 Facsimile
*Attorneys for Defendant*
*Mercy Water Supply Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of *Defendant Mercy Water Supply Corporation's Original Answer and Request for Disclosures* has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure, on this 28th day of December, 2020, as follows:

John Blalock
1611 Bowen Loop
Cleveland TX 77328
*Plaintiff, Pro-Se*

*/s/ Kathryn Hand*
Kathryn Hand

CAUSE NO: CV16,563

BLALOCK
HOUSEHOLD
          PLAINTIFF,
V.
MERCY WATER
SUPPLY
CORPORATION
          DEFENDANT,

IN THE 258TH DISTRICT
COURT OF TEXAS
SAN JACINTO
COUNTY

## THE BLALOCK HOUSEHOLD'S RESPONSE TO "DEFENDANT MERCY WATER SUPPLY CORPORATION'S ORIGINAL ANSWER AND REQUEST FOR DISCLOSURES" AND REQUEST FOR DISCLOSURE

The Blalock Household (hereinafter "Blalock Household" or "Plaintiff") files their response to *Mercy Water Supply Corporation's Original Answer and Request for Disclosures*.

## PLAINTIFFS' CLAIMS

The Plaintiffs plan to use the states RICO laws as they do allow for civil penalties, as the actions of the staff of Mercy Water Supply Corporation (hereinafter "Mercy" or "Defendant") would fall under the aforementioned laws:

1. Perjury, if proven, would make the staff at Mercy Water Supply Corporation criminals as they have committed a criminal offense.
2. As these actions were taken in relation to the business dealings of Mercy Water Supply Corporation, and with the staff using their positions within the company when committing the crimes, showing that they were knowingly furthering the agenda of a criminal enterprise.
3. According to the FBI's definition of a criminal enterprise, a corporation can fit into that definition.
4. The actions of the Defendant's staff in relation to this case, and other matters, would constitute significant criminal activity.

While the Texas Water Codes do not create a civil cause of action, case law surrounding the Texas Water Codes does prove that a plaintiff can seek damages for violations of the Texas Water Codes, such as an unlawful disconnection.

Judicial Privilege does not apply as the libel/slander claims are to do with statements made in relation to a Formal Complaint before the Public Utility

Commission and not a formal judicial hearing, as it is not a formal case before a judge:

1.  The Formal Complaint can become a formal hearing before a court if one/both of the parties ask for one. As of right now, the decision making, other than orders, are on the Public Utility Commission staff and not a judge, therefore not making it a judicial hearing.

Qualified Privilege does not apply as the Plaintiffs can show that there was malice on the side of the Defendant:

1.  Malice is defined as intention, without justification or excuse, to commit an act that is unlawful.
2.  The actions by the staff at Mercy Water Supply Corporation are unlawful as they also constitute Aggravated Perjury.
3.  There is no legal excuse, nor justification, for their actions.
4.  Therefore, as their actions were taken with malice their statements are not qualified for Qualified Privilege.

As the statements can be proven false by the records of Mercy Water Supply Corporation, then a defense of Truth would not apply here (see attached exhibit).

The Defendant had an oral contract with John Preston Blalock (hereinafter "Mr. Blalock"), which was entered into following the death of Reba Ivey, Mr. Blalock's mother, (hereinafter "Ms. Ivey") in January of 2015, when Mr. Blalock informed Nora Walker (hereinafter "Ms. Walker), the former Office Manager for the Defendant, of Ms. Ivey's passing.

As, the contract was only for the account to be kept in Ms. Ivey's name, and Mr. Blalock was never informed of any other actions needed to be taken by him, any of the defendant's claims of breaches would be unfounded as a contract cannot be amended unless by agreement from both parties. And, as Mr. Blalock was never given a copy of the tariff, he would not been aware of the rules set by Mercy, as they do not have one readily available/known to their customers/consumers.

## RESPONSE TO REQUEST FOR DISCLOSURES

1.  Plaintiffs'
    i.   Samantha Leigh Fleming
    ii.  John Preston Blalock
    iii. John Preston Blalock II
    iv.  Kimberly Powell Sanders

2. There are no potential parties to this case, from the understanding of the Blalock Household on what a Potential Party is.

3. Legal Theories:
     i. The legal theories/factual basis are described under "Plaintiffs' Claims".

4. Economic Damages
     i. Pest Control/Extermination: Plaintiffs are in the process of getting written estimations
     ii. Flooring Repair: Plaintiffs are in the process of getting written estimations for the repair to the flooring.
     iii. Medical Bills

5. Parties with relevant facts to the case:
     i. All parties with relevant facts are known to the Defendant through evidence obtained by their legal representation from the Public Utility Commission, as those listed in the documents are the only individuals available with relevant facts known to the Blalock Household at this time. Further clarification needed if information is not sufficient to the request.

6. Expert Witnesses:
     i. The Plaintiffs do not intend to call expert witnesses at this time.

7. Rule 194.2 (g) is not applicable

8. Rule 194.2 (h) is not applicable

9. Witness Statement(s):
     i. The Defendant already has access to all known witness statements known to the Plaintiffs.

10. Rule 194.2 (j) and Rule 194.2 (k)
     i. John Preston Blalock II and Samantha Leigh Fleming will have to contact the hospitals visited to see what needs to be done to produce the medical records.

11. Clarification needed on Responsible Third Party as the actions causing the suit were taken by staff of the Defendant in their official positions within the corporation, which from the Plaintiffs' understanding would make the actions the actions of the Defendant.

## **RULE 193.7 NOTICE**

Plaintiff hereby gives notice of the intent to utilize items produced in discovery against the party producing same. The authenticity of such items is self-proven per Rule 193.7 of the Texas Rules of Civil Procedure.

## REQUEST FOR DISCLOSURE

Plaintiff hereby request that the Defendant disclose the information and material described in Rule 194.2 and provide its response to the Plaintiffs on or before the expiration of thirty (30) days from the service hereof.

## REQUEST FOR RELIEF

Plaintiff, Blalock Household, respectfully request that the Honorable Court not dismiss the case as the evidence that will be presented before the Court will prove the wrongdoings of the Defendant. And, the Defendant has not showed how the case has no merits, but merely made statements as to their belief or defense with no legal standing for the privileges requested, nor how their statements were true in relation to libel/slander, nor the perjury.

Respectfully Submitted,

/s/ John Preston Blalock

/s/ John Preston Blalock II

CAUSE NO. CV 16,563

| | | |
|---|---|---|
| BLALOCK HOUSEHOLD | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SAN JACINTO COUNTY, TEXAS |
| | § | |
| MERCY WATER SUPPLY CORPORATION | § | |
| | § | |
| Defendant | § | 258TH JUDICIAL DISTRICT |

## ORDER ON DEFENDANT MERCY WATER SUPPLY CORPORATION'S RULE 91a MOTION

Before the Court is Defendant Mercy Water Supply Corporation's Rule 91a Motion to Dismiss Baseless Causes of Action (the "Motion"). Having considered the Motion, the response and any reply, the Court is of the opinion that the Motion should in all things be GRANTED.

It is, therefore, ORDERED that:

1.    Defendant Mercy Water Supply Corporation's Rule 91a Motion to Dismiss Baseless Causes of Action is GRANTED;

2.    Plaintiffs shall TAKE NOTHING on their claim for "Perjury (Aggravated)", Libel, Slander, and "Breaking of Texas Water Codes"; and

3.    Plaintiffs' claims for "Perjury (Aggravated)", Libel, Slander, and "Breaking of Texas Water Codes" are DISMISSED WITH PREJUDICE.

4. Plaintiffs' Breach of Contract claim Not dismissed -

DATED: March 1, 2021

Travis E. Kitchens, Jr.
JUDGE PRESIDING

**Travis E. Kitchens, Jr.**
**Judge, 258th Judicial District**

FILED
On 1st Day of Mar 20 21
Time 10:20 Am
Tammy Currie
Clerk District Court San Jacinto County, Texas
Deputy

APPROVED AND ENTRY REQUESTED:

**VORYS, SATER, SEYMOUR AND PEASE LLP**

_____ */s/ Phillip W. Bechter* _____
Phillip W.  Bechter [TBN # 00787053]
pbechter@vorys.com
Kathryn Hand [TBN #24106049]
khand@vorys.com
909 Fannin, Suite 2700
Houston, Texas 77010
(713) 588-7000 Telephone
(713) 588-7050 Facsimile
***Attorneys for Defendant***
***Mercy Water Supply Corporation***

CAUSE: CV16,563

| | |
|---|---|
| **BLALOCK** | **IN THE 258TH** |
| **HOUSEHOLD** | **DISTRICT COURT OF** |
| **PLAINTIFF,** | **TEXAS IN SAN** |
| **V.** | **JACINTO COUNTY** |

**MERCY WATER**

**SUPPLY**

**CORPORATION**

      **DEFENDANT,**

## BLALOCK HOUSEHOLD'S FIRST AMENDED ORIGINAL PETITION

### DESCRIPTION OF PARTIES

**PLAINTIFF**

1. Blalock Household
    a. Names: John Blalock, John Blalock II, Samantha Fleming, Kimberly Sanders
    b. Address: 1611 Bowen Loop, Cleveland, Texas 77328
    c. Numbers:
        i. Home: (832) 480-5371
        ii. Cell (John Blalock): (832) 480-1174
        iii. Cell (John Blalock II): (281) 676-7202

    d.  Email:

        i.  John Blalock: get_bold@yahoo.com

        ii.  John Blalock: allieblalock97@gmail.com

## DEFENDANT

1.  Mercy Water Supply Corporation

    a.  Name: Mercy Water Supply Corporation

    b.  Address: 51 Perry Lane, Cleveland, Texas 77328

    c.  Number: (281) 593-1177

## SUBJECT MATTER JURISDICTION

1.  Breach of Contract

2.  Libel/Slander

3.  Criminal Acts by a Criminal Organization (Texas R.I.C.O and 18 U.S.C Section 1964)

## PERSONAL JURISDICTION

1.  Both parties live/operate in the state of Texas.

2.  Both Parties are located within the jurisdictional lines for the 258th district court.

3.  The expected settlement is more than what the lower courts can decide upon.

## VENUE

For the items listed in the SUBJECT MATTER JURISDICTION and PERSONAL

JURISDICTION, the venue for this case should be the 258th district court.

## FACTUAL ALLEGATIONS

1. Breach of Contract (State and Federal Commercial Codes):

    a. Written:

        i. By not following their tariff and informing John Blalock Sr. of
        the procedures and paperwork he would need to complete,
        Mercy Water Supply Corporation has breached the written
        contract that John Blalock Sr. inherited as he inherited Reba
        Ivey's entire estate following a Small Estate case following her
        death in January of 2015.

        ii. By not following their tariff in relation to cancelation of
        memberships, Mercy Water Supply Corporation has further
        breached the written contract that was inherited by not getting
        approval from the Board and giving John Blalock Sr. a chance
        to have his case heard before the Board.

        iii. The shutting off of water service to the meter for the Northern
        Tract (1611 Bowen Loop) without written notice, Mercy Water
        Supply Corporation has breached the contract by not giving

notice as this was not an emergency shut-off (e.g. a busted

water service line or broken water pump).

b. Verbal:

   i. Mercy Water Supply Corporation had entered into a verbal

   agreement with John Blalock Sr. concerning the water service

   to the Northern Tract.

   ii. Mercy Water Supply Corporation breached this contract in the

   days following a payment that they accepted from John Blalock

   Sr.

2. Libel (Section 73 of the Texas Civil Practice and Remedies Code)/Slander

   a. During an Informal Complaint and a Formal Complaint with the

   Public Utility Commission of Texas, representatives of Mercy Water

   Supply Corporation has made verbal and written comments that had

   potential harm to John Blalock Sr. and his character.

3. Criminal Actions by a Criminal Organization (Texas R.I.C.O and 18 U.S.C

   Section 1964)

   a. False Advertising/Overcharging

      i. Before Mercy Water Supply Corporation changed their website,

      their website had examples of the prices for monthly bills for

      getting your water service through their corporation. But these

prices were not reflected in the bills that customers were receiving.

b. Mail and Wire Fraud

    i. As Mercy Water Supply Corporation send the bills to their customers through the mail and they were falsely advertising their prices, which lead to customers being overcharged, Mercy Water Supply Corporation was committing Mail and Wire Fraud. As they had knowledge of their advertised price and did not adhere to those prices when charging customers.

c. Aggravated Perjury

    i. Then during a quasi-judicial proceeding before the Public Utility Commission of Texas, representatives of Mercy Water Supply Corporation made/supported comments under oath that were misrepresentation of the facts/records they were presenting to the Public Utility Commission:

        1. Examples of this would be responses to Request for Information from the Commission Staff stating that there was not enough evidence for them to say which property retained the address of 154 Bowen Road (the previous emergency address for 1611 Bowen Loop or the Northern Tract), despite their records containing a

partition deed that would have been filed with Reba Ivey's 'Application and Agreement for Service' and that Reba Ivey's account started as 154 Bowen Road and changed to 1611 Bowen Loop following address changes between the years of 1997 and 1998. It could also have been inferred by looking at the records for Gloria Meeks/Hales, Reba Ivey's sister and the owner of the Southern Tract (1601 Bowen Loop) in 1995, where her address on her account started as 159 Bowen Road and changed to 1601 Bowen Loop following the aforementioned address changes. Which has led to a longer proceeding with the Public Utility Commission as the Commission Staff took their misleading statements as fact.

2. As the statements were material and were made during or in connection to an official proceeding.

d. Destruction of Evidence

i. Between the Dates of the 1st day of November of 2020 and the 26th day of February of 2021, Mercy Water Supply Corporation has changed what their website shows on the page for the rates

for their water service, despite this the Blalock Household does
have a screenshot of what the website showed.

## LEGAL CLAIMS

1. Breach of Contract:

    a. Written:

        i. There is a count of breach of contract for each day Mercy Water
           Supply Corporation denied water service to the Blalock
           Household, which totals in fifty-seven (57) days in total for
           fifty-seven (57) counts of breach of contract.

        ii. There is one (1) count of breach of contract for Mercy Water
            Supply Corporation for not properly informing John Blalock Sr.
            of the procedures and paperwork that would need to be
            completed for him to transfer his deceased mother's
            membership and account to his name.

        iii. There is one (1) count of breach of contract as Mercy Water
             Supply Corporation did not follow their tariff as it pertains to
             canceling the membership/stock of members.

        iv. There is one (1) count of breach of contract as Mercy Water
            Supply Corporation did not inform the Blalock Household of

the shut-off of water service in written form before shutting-off

the water service to the Northern Tract.

b. Verbal:

    i. There are fifty-seven (counts) of breach of contract for each day

       the Blalock Household was without water in relation the verbal

       contract John Blalock Sr. and Mercy Water Supply Corporation

       were entered into, as they were receiving and accepting

       payments from him for over five (5) years following the death

       of Reba Ivey.

2. Libel (Written Defamation)

    a. As the claim for the illegal/unauthorized connection was written in to

       a pleading submitted with the Public Utility Commission, it meets the

       requirements for Libel, resulting in one (1) count of Libel.

3. Slander (Oral Defamation)

    a. As it is more likely than not that the aforementioned statement was

       spoken about orally between Mercy Water Supply Corporation and

       the Carlton Law Firm, it would meet the requirements for Slander,

       resulting in one (1) count of Slander.

4. Criminal Acts by a Criminal Organization (18 U.S.C Section 1964)

    a. 18 U.S.C Section 1964 does not express an explicit jurisdiction of

       civil causes of action under this code.

b.  General Requirements for a R.I.C.O Claim

    i.  Criminal Activity:

        1.  The Blalock Household can prove False Advertising/Overcharging, Mail and Wire Fraud Resulting from these falsely charged prices, Destruction of Evidence and Aggravated Perjury (as both are forms of obstruction of justice, which is covered by Texas' R.I.C.O laws)

    ii.  Pattern of Criminal Activity:

        1.  The Blalock Household can show through a discovery period that the prices were on the website for over a year as the last rate change was in 2017. That the Perjury and Destruction of Evidence were more than likely committed in an attempt to cover their wrong doings and to keep government agencies from prying into their business dealings.

    iii.  Within the Statute of Limitations:

        1.  The Blalock can show that these wrong doings are still within the statute of limitations as some of the wrong doings were committed in less than a year ago.

c.  Each Count:

   i.   The Blalock Household cannot give an accurate number of counts on the False Advertising/Overcharging as there is information that will need to be requested during discover to show when the prices were first changed to show the prices customers should expect. And, each time the bills differed would be a different count.

   ii.   The Blalock Household cannot give an accurate count for the Mail and Wire Fraud for the same reason.

   iii.   There are seven (7) counts of Aggravated Perjury, which is a form of Obstruction of Justice.

   iv.   There is one (1) count of Destruction of Evidence for the changing of their website, as the preservation of evidence is the duty of the individual in possession of the evidence. Destruction of Evidence is also a form of Obstruction of Justice.

## CONCLUSION

Mercy Water Supply Corporation has committed a long list of wrong doings against members of the Blalock Household, not all of which being just civil wrong doings. And, as such, the Blalock Household has chosen to file their case with their local District Court/Clerk

**Request for Damages and Relief**

The Blalock Household respectfully request that Mercy Water Supply Corporation be order to pay for the actions described within this document to the value of four-million USD ($4,000,000) or the maximum amount allowed by 18 U.S.C Section 1964, whichever is the greater of the two (2) amounts.

RESPECTFULLY SUBMITTED BY,

/s/ John Blalock

/s/ John Blalock II

<u>NO. CV16,563</u>

| | | |
|---|---|---|
| BLALOCK HOUSEHOLD | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 258TH JUDICIAL DISTRICT |
| | § | |
| MERCY WATER SUPPLY | § | |
| CORPORATION | § | SAN JACINTO COUNTY, TEXAS |

## <u>ORDER FOR MEDIATION</u>

On the 1st day of March, 2021, the Court, on its own motion pursuant to Chapter 154, Texas Civil Practices and Remedies Code, has determined that the parties should attend mediation in an attempt to try and resolve the issues of the above lawsuit prior to trial.   It is therefore,

ORDERED, ADJUDGED AND DECREED that the above entitled and numbered cause shall be submitted to mediation.

IT IS ORDERED that BENNIE D. RUSH, whose mailing address is 1300 11th St., #300, Huntsville, Texas 77340, phone number (936) 295-0700, is appointed as Mediator in this cause.

IT IS ORDERED that mediation shall be completed within sixty (60) days of the date of this order, unless mediator has a scheduling conflict, then as soon as possible.

All parties are ordered to contact the mediator's office within the next ten (10) days to schedule mediation.

All parties are ordered and directed to appear at said mediation, with their attorneys.

Defendant shall pay the full cost of the mediation fee, and if not otherwise agreed upon by the parties at the mediation, the Court, on final hearing will determine if such costs of mediation will be taxed as court costs.

Court's Order for Mediation

SIGNED this 4th day of March, 2021.

TRAVIS E. KITCHENS, JR.
JUDGE, 258TH Judicial District

Court's Order for Mediation

CAUSE NO. CV 16,563

| | | |
|---|---|---|
| BLALOCK HOUSEHOLD | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SAN JACINTO COUNTY, TEXAS |
| | § | |
| MERCY WATER SUPPLY CORPORATION | § | |
| | § | |
| Defendant | § | 258TH JUDICIAL DISTRICT |

## DEFENDANT MERCY WATER SUPPLY CORPORATION'S
## FIRST AMENDED ANSWER

Defendant Mercy Water Supply Corporation ("Defendant") files its First Amended Answer to Plaintiffs' First Amended Petition, and would show the Court as follows:

## I.
## GENERAL DENIAL

1.      In accordance with Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial with respect to each and every allegation contained in Plaintiffs' First Amended Petition, and any amendments thereto, and demands strict proof of same.

## II.
## AFFIRMATIVE/ADDITIONAL DEFENSES

2.      Plaintiffs' libel and slander claims are barred by judicial privilege.

3.      With respect to Plaintiffs' libel and slander claims, Defendant pleads the defense of truth.

4.      Plaintiffs had no viable contract with Defendant, either written or oral.

5.      Plaintiffs have no standing to bring a RICO claim because there is no injury to their business or property.

6.      Plaintiffs' RICO claim fails to state a claim upon which relief can be granted.

7.      Plaintiffs' RICO claim fails because there is no alleged separate "enterprise."

1

8.      Plaintiffs' have failed to allege a viable RICO predicate act.

9.      Plaintiffs have failed to plead their RICO claim alleging mail and wire fraud with particularity.

## III.
## RULE 193.7 NOTICE

10.     Defendant hereby gives notice of the intent to utilize items produced in discovery against the party producing same.  The authenticity of such items is self-proven per Rule 193.7 of the Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendant, Mercy Water Supply Corporation, respectfully prays that this Honorable Court dismiss Plaintiffs' suit on the merits with prejudice; enter judgment that Plaintiffs take nothing; grant Defendant its costs; and for such other and further relief, legal or equitable, special or general, to which it may show itself justly entitled.

Respectfully submitted,

**VORYS, SATER, SEYMOUR AND PEASE LLP**

_____*/s/ Phillip W. Bechter*_____
Phillip W.  Bechter [TBN # 00787053]
pbechter@vorys.com
Kathryn Hand [TBN #24106049]
khand@vorys.com
909 Fannin, Suite 2700
Houston, Texas 77010
(713) 588-7000 Telephone
(713) 588-7050 Facsimile
***Attorneys for Defendant***
***Mercy Water Supply Corporation***

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Defendant Mercy Water Supply Corporation's First Amended Answer* has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure, on this 17th day of March, 2021, as follows:

John Blalock
1611 Bowen Loop
Cleveland TX 77328
allieblalock97@gmail.com
*Plaintiff, Pro-Se*

Mr. John Blalock
1611 Bowen Loop
Cleveland TX 77328
Get_bold@yahoo.com

Ms. Samantha Fleming
1611 Bowen Loop
Cleveland TX 77328
*Via Certified Mail – R.R.R.*

Ms. Kimberly Sanders
1611 Bowen Loop
Cleveland TX 77328
*Via Certified Mail – R.R.R.*

_____*/s/ Kathryn Hand*_____
Kathryn Hand

3